No. 91–898.   IN RE WELT;
No. 91–6224.   IN RE WILLIAMS;
No. 91–6268.   IN RE ANDERSON;
No. 91–6288.   IN RE SEATON;
No. 91–6293.   IN RE MITCHELL;

No. 91–6294.   IN RE PIERRE;

No. 91–6319.   IN RE DAVIS; and

No. 91–6384.   IN RE RETTIG.   Petitions for writs of mandamus denied.